JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS G. GUZMAN, | No. CV 18-1513 CJC (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 8, 2018

CORMAC J. CARNEY
United States District Judge